LOUIS BURKE, PLAINTIFF-RESPONDENT, v. PUBLIC SERVICE RAILWAY COMPANY, DEFENDANT-APPEL-LANT.

Submitted October term, 1925—Decided January 28, 1926.

Negligence—Injury to Wagon by Trolley Car and Trailer—Evidence Existed Upon Which Court Could Give Judgment to Plaintiff.

On appeal.

Before Justices PARKER, MINTURN and BLACK.

For the appellant, *Joseph Coult.*

For the respondent, *Jacob J. Singer.*

PER CURIAM.

The plaintiff had a judgment for two hundred and fifty ($250) dollars in the First District Court of Jersey City for injuries to himself and his horse. The case was tried by the court without a jury.

The testimony shows that the plaintiff, on May 25th, 1925, was driving his horse and wagon loaded with barrels in a southerly direction on Grand street, Jersey City, near Summit avenue, when the defendant's trolley car came up back of the plaintiff with a trailer. The two cars were connected

by a tow bar eight feet long. The gong was sounded by the first car; the plaintiff turned his horse toward the west, which was to his right, to get out of the trolley tracks; that he was continuing on and had not stopped. He had not completely gotten out of the tracks when he was struck from the rear; the first car proceeded safely past the load of barrels. His wagon was struck by the second car, or trailer. The trial judge gave judgment for the plaintiff for $250 under the evidence. We think there was evidence from which the court could render such a judgment.

The judgment of the First District Court of Jersey City is therefore affirmed, with costs.